UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES HILL, | ) |
| Plaintiff, | ) 2:09-CV-00132-PMP-GWF |
| vs. | ) **ORDER** |
| BARRETT, | ) |
| Defendant. | ) |

On July 29, 2013, Plaintiff Hill filed three motions, Motion for Leave to Amend Pleading to be Construed Liberally Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 Continuing Violation Doctrine (Doc. #5), Motion to File a Longer than Normal Civil Rights Complaint Amended Pursuant to 42 U.S.C. 1983 (Doc. #6), and Motion Request for Service Process by United States Marshal (Fed R. Civ. P. Rule 4 and Local Rules Part II LR 4-1 and LR 54-2) (Doc. #7). Plaintiff, however, has never complied with this Court's Order (Docs. #2 & #3), entered 4 ½ years ago on April 13, 2009, which previously dismissed this action.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to Amend Pleading to be Construed Liberally Civil Rights Complaint  Pursuant to 42 U.S.C. § 1983 Continuing Violation Doctrine (Doc. #5), Motion to File a Longer than Normal Civil Rights Complaint Amended Pursuant to 42 U.S.C. 1983 (Doc. #6), and Motion Request for Service Process by United States Marshal (Fed R. Civ. P. Rule 4 and Local Rules Part II LR 4-1 and LR 54-2) (Doc. #7) are **DENIED**.  This action remains closed.

DATED: August 2, 2013.

_____
PHILIP M. PRO
United States District Judge